PROOF OF SERVICE BY MAIL



# C08 02069 RMW

I THE UNDERSIGNED, CERTIFY THAT I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE. THAT I CAUSED TO BE SERVED A COPY OF THE FOLLOWING DOCUMENT:

ENTITLED: Petition For Writ of Habeas Corpus

BY PLACING THE SAME IN AN ENVELPOE, SEALING IT BEFORE A CORRECTIONAL OFFICER, AND DEPOSITING IT IN THE [*UNITED STATE MAIL*] AT AVENAL STATE PRISON AND ADDRESSED IT TO THE FOLLOWING:

CA State Attorney General's office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

United States District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

*Filed APR 21 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE*

EXECUTED ON April 18, 20 08 AT AVENAL STATE PRISON, AVENAL, CALIFORNIA

I, Hampton Leon Finney, DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAW OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNATURE OF DECLARANT

Hampton Leon Finney
PRINT NAME OF DECLARANT

PRO PER.